IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLA L. MITCHELL,

      Appellant,

      Case No. 5D21-2371
v.      LT Case No. 2018-DR-4575-K


BARRY MCCLEARY,

      Appellee.
_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Carla L. Mitchell, Dallas, TX, pro se.

Jennifer L. Elkins, of The Elkins Law
Firm, P.L., Winter Park, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.